**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

| | | |
|---|---|---|
| **CEDAR COMMUNITIES AT COMMERCE, LLC d/b/a BROOKSIDE COMMERCE, individually and on behalf of all others similarly situated** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **1:25-cv-00922-JPB** |
| **CARING, LLC d/b/a CARING.COM,** | ) | |
| **Defendant.** | ) | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Cedar Communities at Commerce, LLC d/b/a Brookside Commerce and Defendant Caring, LLC d/b/a Caring.com jointly stipulate to the dismissal of this action, without prejudice, each party to bear its own costs.

Dated: July 14, 2026

***/s Brent Irby***

R. Brent Irby
Georgia Bar No.: 224232
LYONS IRBY LLC
2201 Arlington Avenue South
Birmingham, AL 35205
Phone: 205-873-9138
Fax: 866-618-4629
Email: brent@lyonsirby.com

*Attorney for Plaintiff Cedar Communities Commerce, LLC*

Dated: July 14, 2026

***/s/ Scott Eric Anderson***

Scott Eric Anderson
Georgia Bar No. 105077
Jill R. Dunn
Georgia Bar No. 602155
Cameron N. Regnery
Georgia Bar No. 333041
Nicholas S. Mead
Georgia Bar No. 564263

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
(T): 770-818-0000
(F): 833-330-3669
Scott.Anderson@fmglaw.com

*Attorneys for Defendant Caring, LLC d/b/a Caring.com*